# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANFORD BUCKLES, | |
|     Plaintiff, | Case No. 2:15-cv-01581-GMN-CWH |
| vs. | **ORDER** |
| GREEN TREE SERVICING, et al., | |
|     Defendants. | |

Presently before the Court is Defendants Dietech Financial LLC and Walter Investment Corporation's motion to stay discovery (ECF No. 19), filed on December 8, 2015. Plaintiff Sanford Buckles filed a response (ECF No. 27) on December 23, 2015. Defendants filed a reply on December 31, 2015. Also before the Court is the parties' stipulated discovery plan (ECF No. 35), filed on May 9, 2016.

In light of the Court's Certification Order to the Nevada Supreme Court (ECF No. 40), the Court finds there is good cause to temporarily stay discovery in this case. The Court therefore will grant Defendants' motion to stay discovery and deny the parties' stipulated discovery plan without prejudice. Within 21 days of the resolution of the Court's certified question to the Nevada Supreme Court, the parties must meet and confer and file a proposed discovery plan and scheduling order.

IT IS THEREFORE ORDERED that Defendants Dietech Financial LLC and Walter Investment Corporation's motion to stay discovery (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that the parties' stipulated discovery plan (ECF No. 35) is DENIED without prejudice.

///

IT IS FURTHER ORDERED that within 21 days of the resolution of the Court's certified question to the Nevada Supreme Court, the parties must meet and confer and file a proposed discovery plan. The proposed discovery plan and scheduling order must comply with LR 26-1, with discovery deadlines measured from the date of the order resolving the certified questions.

DATED: May 26, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**