ELIZABETH HAMRICK, ESQ.
Nevada Bar No. 9414
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801
Telephone:     (256) 517-5100
Facsimile:     (256) 517-5200
Email: ehamrick@bradley.com

MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 7287
GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
BROOKS HUBLEY LLP
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 851-1191
Facsimile:     (702) 851-1198
Email: mbrooks@brookshubley.com
Email: ghubley@brookshubley.com

*Attorneys for Ditech Financial LLC fka Green Tree Servicing, LLC,
and Walter Investment Management Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SANFORD BUCKLES on behalf of himself and other similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC, and WALTER INVESTMENT MANAGEMENT CORPORATION,<br><br>                           Defendants. | Case No.:     2:15-cv-01581-GMN-CWH<br><br>**MOTION AND PROPOSED ORDER TO WITHDRAW AS ATTORNEY OF RECORD**<br>**[With Declaration of E.Hamrick in Support of Motion to Withdraw]** |

       Elizabeth Hamrick, Esq. of the law firm of Bradley Arant Boult Cummings LLP respectfully moves this Court for an order permitting Elizabeth Hamrick to withdraw as attorney for defendants Ditech Financial LLC fka Green Tree Servicing, LLC and Walter Investment Management Corporation (previously dismissed from this case) (collectively Defendants). This motion is made pursuant to Local Rule IA 11-6 and Nevada Rule of Professional Conduct 1.16 and based upon the

Points and Authorities and the Declaration of Elizabeth Hamrick (Hamrick Declaration) incorporated herein, and such argument and evidence as may be presented at the hearing on this motion, should any occur, in the above-captioned case.

Dated August 28, 2017

/s/ Elizabeth Hamrick
ELIZABETH HAMRICK, ESQ.
Nevada Bar No. 9414
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801
Telephone:    (256) 517-5100
Facsimile:    (256) 517-5200

## DECLARATION OF ELIZABETH HAMRICK, ESQ. IN SUPPORT OF MOTION TO WITHDRAW

I, Elizabeth Hamrick, declare under penalty of perjury that the following is true and correct:

1.      I am an attorney duly licensed to practice before all Courts in the State of Nevada, am an associate in the law firm of Bradley Arant Boult Cummings LLP since May 2011, and am one of the attorneys for Ditech Financial LLC fka Green Tree Servicing, LLC and Walter Investment Management Corporation (previously dismissed from this case) in the instant matter.

2.      I have personal knowledge of the facts set forth below and believe them to be true. I am over eighteen years old, and I am competent to testify to the matters set forth herein.

2.      My last day as an attorney at Bradley Arant Boult Cummings LLP will be August 31, 2017, and on August 25, 2017, I informed our client Andrew Holm, Corporate Counsel for Ditech, of my departure from the firm and my intent to withdraw from this case as counsel for Defendants.

3.      The client does not object to my withdrawal.

4.      Michael R. Pennington, Esq. of Bradley Arant Boult Cummings LLP remains counsel for Ditech Financial LLC fka Green Tree Servicing, LLC and Walter Investment Management

Corporation (previously dismissed from this case).

Executed August 27, 2017.


/s/ Elizabeth Hamrick

ELIZABETH HAMRICK, ESQ


## I.  MEMORANDUM OF POINTS AND AUTHORITIES

As set forth in the Hamrick Declaration, Ms. Hamrick will cease to be an employee of Bradley Arant Boult Cummings LLP, after August 31, 2017. Michael R. Pennington, Esq. of Bradley Arant Boult Cummings LLP will remain as counsel for Ditech Financial LLC fka Green Tree Servicing, LLC and Walter Investment Management Corporation (previously dismissed from this case). On August 25, 2017, Ms. Hamrick informed Mr. Andrew Holm, Corporate Counsel for Ditech, of her departure from the firm and her intent to withdraw from this case as counsel for Defendants. Defendants do not object to her withdrawal from this case.

Local Rule IA 11-6(b) states that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." The client has been informed of Ms. Hamrick's intent to withdraw, and opposing counsel in this case will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate of service attached here in.  Additionally, Local Rule IA 11-6(e) provides that, except for good cause shown, "no withdrawal … will be approved if it will result in delay of discovery, the trial, or any hearing in the case."  Nevada Rules of Professional Conduct 1.16 provides that a lawyer may withdraw from representation where the "[w]ithdrawal can be accomplished without material adverse effect on the interests of the client." Discovery in this case is currently stayed and there are no pending deadlines, and no delay of any kind or prejudice to Defendants will result from Ms. Hamrick's withdrawal at this time, as Mr. Pennington will continue to defend this case.

## II.  CONCLUSION

Ms. Hamrick respectfully requests that this Court enter an order approving Elizabeth Hamrick's withdrawal as attorney for Ditech Financial LLC fka Green Tree Servicing, LLC and Walter Investment Management Corporation (previously dismissed from this case).

Dated August 28, 2017

/s/Elizabeth Hamrick
ELIZABETH HAMRICK, ESQ.
Nevada Bar No. 9414
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL  35801
Telephone:     (256) 517-5100
Facsimile:     (256) 517-5200

**IT IS SO ORDERED.**

DATED August 29, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedures 5(b), I hereby certify that on August 28, 2017, I caused the **MOTION AND PROPOSED ORDER TO WITHDRAW AS ATTORNEY OF RECORD [With Declaration of E.Hamrick in Support of Motion to Withdraw]** to be served by the Court's CM/ECF system.

/s/ _____

An Employee of BROOKS HUBLEY LLP