Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Sanford Buckles*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sanford Buckles on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Green Tree Servicing, LLC, and Walter Investment Management Corporation<br><br>Defendants. | Case No. 2:15-cv-01581-GMN-CWH<br><br>**Stipulated Entry of Judgment** |

Pursuant to the Nevada Supreme Court's answer to the questions certified to it by this Court, *Ditech Financial LLC v. Buckles*, 401 P.3d 215 (2017), Plaintiff Sanford Buckles ("Plaintiff") and Defendant Green Tree Servicing LLC ("Defendant") hereby stipulate to entry of a Final Judgment in favor of Defendant

1 and against Plaintiff on the individually named Plaintiff's claims against Defendant
2 in this matter.  The claims of the putative but uncertified class are hereby dismissed
3 without prejudice.  Each party will bear its own costs, disbursements, and attorney
4 fees.  As this Order will resolve all claims presented, Plaintiff and Defendant request
5 that the Clerk of the Court close this matter upon entry of the requested Order.

DATED this 26th day of October 2017

| **KAZEROUNI LAW GROUP, APC** | **BRADLEY ARANT BOULT CUMMINGS LLP** |
|---|---|
| By: /s/ Michael Kind | By: /s/ Michael R Pennington |
| Michael Kind, Esq. | Michael R Pennington, Esq. |
| 6069 S. Fort Apache Rd., Ste. 100 | 1819 5th Avenue North |
| Las Vegas, NV 89148 | Birmingham, AL 35203 |
| *Attorneys for Plaintiff* | |
| | **BROOKS HUBLEY** |
| | Gregg A Hubley, Esq. |
| | 1645 Village Center Circle, Ste. 200 |
| | Las Vegas, NV 89134 |
| | **KOLESAR AND LEATHAM** |
| | Michael R Brooks, Esq. |
| | 400 S. Rampart Blvd, Ste. 400 |
| | Las Vegas, NV 89145 |
| | *Attorneys for Defendant* |
| | *Green Tree Servicing, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 31, 2017